■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v TERRANCE JACKSON, Appellant. [833 NYS2d 903]—Appeal by the defendant, as limited by his brief, from a sentence of the County Court, Westchester County (Loehr, J.), imposed January 23, 2006, upon his conviction of attempted burglary in the third degree, upon his plea of guilty.

Ordered that the sentence is affirmed.

Review of the defendant's claims is foreclosed by his valid waiver of his right to appeal (*see People v Oquendo*, 38 AD3d 686 [2007]). Miller, J.P., Angiolillo, Carni and Dickerson, JJ., concur.